### KENNETH A. SCHWARTZ *v.* KAREN A. MURPHY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 74 Conn. App. 286 (AC 22318), is denied.

*Karen A. Murphy*, pro se, and *Kathleen A. Murphy*, pro se, in support of the petition.

*J. Paul Johnson*, in opposition.

Decided April 3, 2003

### STATE OF CONNECTICUT *v.* DOUGLAS SAWYER

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 743 (AC 22382), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court properly admitted the uncharged misconduct evidence?

"2. If the answer to question one is 'no,' was the introduction of the evidence harmful?"

The Supreme Court docket number is SC 16972.

*David B. Bachman*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided April 3, 2003